*In re* PETITION FOR THE ANNEXATION OF CONTIGUOUS TERRITORY TO THE CITY OF BELLEVILLE.

(No. 74-16;

Fifth District—August 2, 1974.

Opinion by Mr. PRESIDING JUSTICE G. MORAN.

Jones, Ottesen & Fleming, of Belleville (Patrick J. Fleming, of counsel), for appellants.

John R. Sprague, Sr., of Belleville, for appellees.